SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

-------------------------------------------------------------------X

IRWIN FRANCHISE CAPITAL CORPORATION,

                              Plaintiff,

      -against-

WINDRAM ENTERPRISES, INC.,

                            Defendant.

-------------------------------------------------------------------X

Index No.: 0571010ᴛ

Date Purchased: April 14, 2007

Plaintiff designates Westchester County as the place of trial.

The basis of venue is the plaintiff's business location

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT:

      You are hereby summoned to answer the complaint in this action and serve a copy of your answer or, if the Complaint is not served with this Summons, to serve a Notice of Appearance upon plaintiff's attorneys within twenty (20) days after service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
      April 2, 2007

                         PAYKIN & KRIEG LLP

                         By: Joseph N. Paykin
                         Attorneys for Plaintiff
                         185 Madison Avenue, 10th Floor
                         New York, N.Y. 10016
                         (212) 725-4423

To:    Windram Enterprises, Inc.
       Dutchess Court Plaza Route 22
       Pawling, New York 12564

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------X
IRWIN FRANCHISE CAPITAL CORPORATION, :
                                              :
                       Plaintiff,      :      Index No. 05 710 - 07
                                                :      Date Purchased: April 4, 2007
-against-                                      :
                                                :
WINDRAM ENTERPRISES, INC.,          :
                                                :      **Complaint**
                                                :
                       Defendant.      :
-----------------------------------------------------------------X

        Plaintiff Irwin Franchise Capital Corporation ("IFCC") by and through its attorneys

Paykin & Krieg LLP, for its complaint against the defendant Windram Enterprises, Inc.

("Windram"), alleges as follows:

<u>AS A FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT</u>

       1.      At all times relevant herein, IFCC was and is an Indiana corporation engaged in

the franchise financing business with offices located in Purchase, New York.

       2.      Upon information and belief, at all times relevant herein, defendant Windram is a

New York corporation with its home office located in Pawling, New York.

       3.      On or about December 20, 2006, IFCC forwarded to Windram a written loan

proposal ("Proposal") to refinance the debt of 14 Kentucky Fried Chicken franchises located in

New York and Connecticut.

       4.      On or about December 22, 2006, Windram accepted the Proposal.

       5.      On February 8, 2007, IFCC forwarded Windram a commitment letter ("February

8 Commitment Letter").

       6.      On February 8, 2007, Windram executed the February 8 Commitment Letter, after

1

unilaterally making certain alterations to the February 8 Commitment Letter ("Unilateral Alterations").

7.    IFCC rejected the Unilateral Alterations and on February 9 sent a new commitment letter ("Final Commitment Letter"), which stated in no uncertain terms that it superseded the December 20, 2006 Proposal letter and the February 8, 2007 Commitment Letter.

8.    Additionally, the Final Commitment Letter stated, among other things, "The closing shall be no later than April 30, 2007, however, Borrower and Irwin will use best efforts to close by March 31, 2007."

9.    On February 9, 2007, Windram accepted the revised terms and executed the Final Commitment Letter.

10.    The Final Commitment Letter required, among other things, for Windram to pay IFCC a non-refundable commitment fee of $92,000 ("Commitment Fee").

11.    The Commitment Fee was to be paid in three installments of which IFCC has received a total $40,000.

12.    The Final Commitment Letter further provided that, in the event the transaction fails to close for any reason, then Windram shall pay for all of IFCC's out-of-pocket expenses incurred in the transaction contemplated by the Final Commitment Letter.

13.    On March 7, 2007, Windram sent IFCC formal notice ("Termination Notice") that it was terminating the financing transaction with IFCC.

14.    IFCC incurred $57,620.89 in out-of-pocket expenses on behalf of Windram as follows:

    A.    $4,570 to First American Title Insurance Company;

2

B.    $9,905.59 to Ivey Barnum & O'Mara;

C.    $21,600 to The Matthews Company;

D.    $14,390 to National Appraisal Associates;

E.    $1,800 to Environmental Data Resources, Inc.;

F.    $162 to FIS Flood Services; and

G.    $5,193.30 to UCC Direct

15.    Despite due demand, Windram has failed to pay the balance of the Commitment

Fee in the amount of $52,000, and has also failed and refused to pay for IFCC's out of pocket

expenses in the amount of $57,620.89.

16.    By reason of Windram's breach of the Final Commitment Letter, IFCC has been

damaged in the amount of $110,120.89 plus interest from March 7, 2007.

WHEREFORE, plaintiff IFCC demands judgment against defendant as follows:

a)        under the first cause of action for breach of contract in the amount of

$110,120.89 plus interest from March 7, 2007, or as allowed by law;

b)        for the costs and disbursements of this action; and

c)        for such other, further and different relief as the Court may deem just and

proper.

Dated: New York, New York
         April 2, 2007

                                        Paykin & Krieg LLP

                              By:_____
                                        Joseph N. Paykin
                                        Attorneys for Plaintiff
                                        185 Madison Avenue, 10th Floor
                                        New York, New York 10016
                                        (212) 725-4423

3