UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 3785**

IRWIN FRANCHISE CAPITAL CORPORATION,

    Plaintiff

  v.

WINDRAM ENTERPRISES, INC.,

    Defendant.

: Case No.
:
: **JUDGE CONNER**
:
: **Rule 7.1 Statement**
:

FILED 2007 MAY 14 P 3: 03 U.S. DISTRICT COURT S.D. OF N.Y. W.P.

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Windram Enterprises, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

          None

Date: 5/10/07

Signature of Attorney

Richard W. Mackiewicz, Jr., Esq.
Attorney Bar Code: RM 0863

## District Court Fee Schedule and Related Information

# Issued in accordance with 28 U.S.C. § 1914 (b)

Following are fees to be charged for services to be performed by clerks of the district courts. No fees are to be charged for services rendered on behalf of the United States, with the exception of those specifically prescribed in items 2, 4, and 5. (more full text)

Fees may be paid in cash, by credit card (American Express, Discover, MasterCard, or Visa) or by certified check or money order, made payable to the "Clerk of Court-SDNY".

| *Effective April 9, 2006* | download PDF version |
|---|---|
| New Action (Complaint, Notice of Removal, Petition, etc.) | $ 350.00 |
| Atty. Admission | $ 185.00 |
| Atty. Admission/Waiver EDNY | $ 170.00 |
| Certificate of Good Standing | $ 15.00 |
| Pro Hac Vice Motion (per attorney - due at the time of filing motion) | $ 25.00 /atty |
| Notice of Appeal | $ 455.00 |
| Certified Copy | $ 9.00 |
| Certificate of Disposition | $ 9.00 |
| Exemplification | $ 18.00 |
| Apostile | $ 2.00 |
| Search | $ 26.00 |
| Docket Sheet | $ 0.50 /page |
| Pro Se Manual | $ 15.00 |
| Transcript of Judgment | $ 9.00 |
| Registration of Judgment | $ 39.00 |
| Miscellaneous Filing Fees | $ 39.00 /doc |
| Returned Check Fee | $ 45.00 |
| Microfiche of Court Record | $ 5.00 |
| Retrieval of Archived Record | $ 45.00 |
| Appeal to District Judge from a Conviction by a Magistrate Misdemeanor Case | $ 32.00 |
| Tape Duplication | $ 26.00 |
| Cuban Liberation Civil Filing Fee | $ 5431.00 |

500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150

# Your registration information has been submitted for review.
# Please print out the following information that you have submitted to us:

| | |
|---|---|
| First Name of the Attorney: | Richard |
| Middle Name of the Attorney: | W. |
| Last Name of the Attorney: | Mackiewicz |
| Suffix: | Jr |
| Attorney's Email Address: | richard@hobokenlaw.com |
| Attorney's Telephone Number: | (201)2171500 |
| Attorney's Fax Number: | (201)2174448 |
| Name of the Firm/Affl.: | Mackiewicz & Associates, LLC |
| Firm's Telephone Number: | (201) 217 1500 |
| Street Address of the Firm/Affl.: | 625 Washington St. |
| County of the Firm/Affl.: | NY |
| City of the Firm/Affl.: | Hoboken |
| State of the Firm/Affl.: | NJ |
| Zipcode: | 07030 |
| Attorney's UPI- unique person identifier: | 1maclaw |
| Is the Attorney in good standing?: | yes |
| Date Attorney was admitted to practice in the USDC SDNY: | 02/21/1989 |
| Attorney's Bar Code: | RM0863 |
| Date of the motion if the attorney is admitted pro hac vice: | not entered |
| Case # establishing the attorney's pro hac vice status: | not entered |
| Case # of the Multi District Litigation: | not entered |
| Date of the Signature: | 4/26/2007 |

**Soon after the receipt of your application, you may receive a confirmation email. Then, once verification is complete, and your details have been entered into the CM/ECF system, you will receive an email containing your unique login name and password. Information can be obtained on the status of your application through calling the Help Desk at (212) 805 0800.**
**Click here to go back to the NYSD web site.**



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# E – FILING REGISTRATION FORM

| Requirements: An attorney seeking to file documents electronically must be (1.) admitted to practice in the United States District Court for the Southern District of New York and be a member in good standing with the Court pursuant to Local Civil Rule 1.3 (2.) admitted pro hac vice or (3.) authorized to represent the United States of America. | Instructions: Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Southern District of New York. Complete the form on-line and submit the form on-line **OR** print a hard copy, sign it, and present it to the Clerk's office at the address provided. **After verification, your user id and password will be electronically mailed to your e-mail address.** |

(Please type your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

First Name: Richard    Middle Name: W.    Last Name: Mackiewicz    If appropriate, check one: Sr. ☐  Jr. ☐  II ☒  III ☐

E-Mail: richard@hobokenlaw.com    Telephone: (201) 217-1500    Fax: (201) 217-4448

Affiliation/Firm: Mackiewicz & Associates, LLC    Firm's Telephone: (201) 217-1500

Address: 625 Washington St.    City: Hoboken

State: (i.e. NY) NJ    Zip: 07030    County of Affiliation/Firm: NY

Please provide an alpha, numeric or alphanumeric code (unique personal identifier) that will be maintained confidentially for confirming your identity should you require your password changed or reassigned. __1maclaw__

Are you admitted to the bar of the Southern District of New York and a member in good standing or an attorney otherwise authorized to represent the United States?    Yes ☒   No ☐

Date admitted to the bar of this Court or authorized to represent the United States: 2/21/1989 (mm/dd/yyyy)    Bar Code (SDNY) / Govt. ID: RM0863

If admitted pro hac vice, please complete.
Date motion granted: _____ In case number: _____ (mm/dd/yyyy)

If Attorney of Record in MDL action, provide MDL case number: _____

By submitting this form electronically or in paper form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and immediately notify the court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc., and I will update the appropriate data within the ECF system.

_____    4/26/2007
Signature                    Date

Click button below to submit form on-line **OR** submit completed Registration Form *via hand delivery or U.S. Mail* to:
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
Attention: CM/ECF Registrar
500 Pearl Street
New York, NY 10007-1312

Court Use Only:
User Code Assigned: _____
Password Assigned: _____
Issuer: _____ SCAN ☐ DB ☐

**Click to Submit**    **Reset all fields**

SDNY Web 1/2003 attyreg.pdf

http://www1.nysd.uscourts.gov/forms.php