ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRWIN FRANCHISE CAPITAL CORPORATION :
: STIPULATION EXTENDING
Plaintiff, : PLAINTIFF'S TIME TO ANSWER
: COUNTERCLAIMS
:
-against- :
: Civil Action No.: 07 CIV 3785 (WCC)
WINDRAM ENTERPRISES, : (Judge Conner)
:        ECF CASE
Defendant. :
------------------------------------------------------------X

It is hereby agreed between counsel for Plaintiff Irwin Franchise Capital Corporation and counsel for Defendant Windram Enterprises, Inc. that plaintiff's time to answer, move or otherwise respond to defendant's counterclaims shall be extended to July 20, 2007.

Dated: June 18, 2007

Paykin & Krieg LLP                           Mackiewicz & Associates, L.L.C.
Attorneys for Plaintiff                      Attorneys for Defendant

By: _____                By: _____
    Joseph N. Paykin, Esq.                       Richard W. Mackiewicz, Jr., Esq.

So Ordered. Dated: White Plains, NY
                   June 29, 2007

_____
William C. Conner
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for TI@
+ EMAILED TO ∄ COUNSEL