UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRWIN FRANCHISE CAPITAL CORPORATION  :
                                     : STIPULATION EXTENDING
            Plaintiff,               : PLAINTIFF'S TIME TO ANSWER
                                     : COUNTERCLAIMS
-against-                            :
                                     : Civil Action No.: 07 CIV 3785
WINDRAM ENTERPRISES,                 : (Judge Conner)
                                     :
                                     :        ECF CASE
            Defendant.               :
------------------------------------------------------------X

It is hereby agreed between counsel for Plaintiff Irwin Franchise Capital Corporation and counsel for Defendant Windram Enterprises, Inc. that plaintiff's time to answer, move or otherwise respond to defendant's counterclaims shall be extended to August 31, 2007.

Dated: July 11, 2007

Paykin & Krieg LLP                    Mackiewicz & Associates, L.L.C.
Attorneys for Plaintiff               Attorneys for Defendant

By: _____           By: _____
    Joseph N. Paykin, Esq.                Richard W. Mackiewicz, Jr., Esq.

So Ordered.  Dated: White Plains, NY
                    July 23, 2007

_____
William C. Conner
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COPIES MAILED TO COUNSEL OF RECORD for π
+ E-MAILED TO Δ COUNSEL