UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X
IRWIN FRANCHISE CAPITAL CORPORATION,        :   **NOTICE OF CROSS MOTION**
                Plaintiff,                              :
           v.                                                 :
                                                                   :   Civil Action No.: 07 CIV 3785
WINDRAM ENTERPRISES, INC.,                          :   (Hon. William C. Conner)
                Defendant.                            :
_____X

      **PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Richard W. Mackiewicz, Jr., Esq. dated October 19, 2007, and the exhibits annexed thereto, Defendant will make a cross motion before this Court for an Order pursuant to 15 (a) of the Federal Rules of Civil Procedure granting Defendant leave to file an Amended Counterclaim in the form of Exhibit "A" to the Affidavit, together with such further and different relief as the Court may deem just and proper.

Dated: October 19, 2007
       Hoboken, New Jersey

                                          MACKIEWICZ & ASSOCIATES, L.L.C.

                                          By: _____
                                                Richard W. Mackiewicz, Jr., Esq. (RM 0863)
                                                625 Washington Streeet
                                                Hoboken, New Jersey 07030
                                                (201)217-1500
                                                Attorneys for Defendant
                                                Windram Enterprises, Inc.

To:    Joseph N. Paykin, Esq.
        Paykin & Krieg LLP
        185 Madison Avenue, 10th Floor
        New York, New York 10016