# MACKIEWICZ & ASSOCIATES, L.L.C.
COUNSELLORS AT LAW

Richard W. Mackiewicz, Jr.
*Admitted in New Jersey and New York*

Victor Starsia
*Of Counsel ♦ Admitted New York Only*

625 WASHINGTON STREET
HOBOKEN, NEW JERSEY 07030

Telephone: (201) 217-1500
Facsimile: (201) 217-4448

Please Reply to the Hoboken Office

New York Office
60 East 42nd Street, 47th Floor
New York, New York 10165
Telephone: (212) 922-9722
Facsimile: (212) 922-9723

October 19, 2007

**VIA OVERNIGHT DELIVERY/UPS**
**and ECF**

United States District Court Clerk
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re:   **Irwin Franchise Capital Corporation v.**
>         **Windram Enterprises, Inc.**
> Docket No.   07-CIV-3785
> Our File No. LI.1125.RWM

Dear Sir/Madam:

With regard to the above matter, enclosed please find for filing an original plus one copy of the following documents:

1) Notice of Cross Motion;
2) Affidavit of Richard W. Mackiewicz Jr., Esq. in support of Cross Motion and in Opposition to Motion; and
3) Affidavit of Service.

Also enclosed please find a stamped, self-addressed envelope for the return of a copy of the above documents stamped "Filed".

Thank you.

Respectfully submitted,

Richard W. Mackiewicz, Jr., Esq.

cc:   Hon. William C. Conner.
      Joseph N. Paykin, Esq.
      Client

X:\DOCS\DOCS\IRWM\Active Matters\Windram Enterprises v. Irwin Franchise LI.1125.RWM\Correspondence\Cover letter to Court for filing Opposition and Cross Motion.wpd