# MACKIEWICZ & ASSOCIATES, L.L.C.
COUNSELLORS AT LAW

Richard W. Mackiewicz, Jr.
*Admitted in New Jersey and New York*

Victor Starsia
*Of Counsel ♦ Admitted New York Only*

625 WASHINGTON STREET
HOBOKEN, NEW JERSEY 07030

Telephone: (201) 217-1500
Facsimile: (201) 217-4448

Please Reply to the Hoboken Office

New York Office
60 East 42nd Street, 47th Floor
New York, New York 10165
Telephone: (212) 922-9722
Facsimile: (212) 922-9723

October 22, 2007

**VIA E-MAIL and REGULAR MAIL**
United States District Court Clerk
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **Irwin Franchise Capital Corporation v. Windram Enterprises, Inc.**
**Docket No.**    07-CIV-3785
**Our File No.**    LI.1125.RWM

Dear Sir/Madam:

Enclosed please find for filing an original and one copy of Answer with Amended Counterclaim. Kindly file same and return a copy stamped "Filed" to the undersigned in the enclosed stamped, self-addressed envelope.

Respectfully Submitted,

Richard W. Mackiewicz, Jr., Esq.

cc:    Client
       Joseph N. Paykin, Esq. (Via Facsimile & Regular Mail)

RWM/mp
Encl.

X:\DOCS\DOCS\1RWM\Active Matters\Windram Enterprises v. Irwin Franchise LI.1125.RWM\Correspondence\Letter to Court.wpd