# PAYKIN MAHON ROONEY & KRIEG LLP

ATTORNEYS AT LAW
185 MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10016

(212) 725-4423 • FAX (212) 684-9022

JOSEPH N. PAYKIN △
JAMES J. MAHON *
CHRISTOPHER S. ROONEY*
CHARLES D. KRIEG*
STEPHEN J. FRAHER*
DIANE L. BODENSTEIN*
ALBERT K. LAWLER ♦

**ORIGINAL**

OF COUNSEL

JAMES KLATSKY*
RICHARD H. ROSENBLUM*
STUART SUGARMAN**
JOHN M. TANENBAUM+

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
△ ADMITTED IN NY AND FL
♦ ADMITTED IN NY AND IL
+ ADMITTED IN NY, CT AND DC

October 26, 2007

Hon. William Conner
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

RECEIVED
OCT 29 2007
CHAMBERS OF
WILLIAM C. CONNER

Re: IFCC v. Windram
602192/07
07 Civ. 3785(wcc) ECF CASE

Dear Judge Conner:

Please be advised we represent the plaintiff <u>Irwin Franchise Capital Corp.</u> ("IFCC") in the above-referenced matter.

In response to IFCC's motion to dismiss to dismiss its counterclaims, defendant, among other things, served an amended answer and counterclaims ("Amended Counterclaims"). Since, IFCC did not answer the initial counterclaims, it appears that defendant's Amended Counterclaims are timely and may be served without leave of court, thereby mooting the pending motion.

As a result of the foregoing, we are hereby requesting leave to withdraw our pending motion to dismiss, serve a reply to the Amended Counterclaims, and permission to serve a motion to dismiss the Amended Counterclaims. We have been advised by your Law Clerk that you will not require a pre-motion conference prior to our filing the renewed motion to dismiss. We anticipate serving and filing such motion on or before November 15, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Very truly yours,

Joseph N. Paykin  /JP/

CC: Richard Mackiewicz, Jr.

**MEMO ENDORSED**

Request GRANTED. Doc. #8 is
Hereby WITHDRAWN.
SO ORDERED.
Dated: White Plains, NY
Oct. 31, 2007

William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD for π
+ E-MAILED TO Δ COUNSEL