UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IRWIN FRANCHISE CAPITAL CORPORATION,

                                                                      07 Civ. 3785 (WCC)

                 Plaintiff,

                                                      **NOTICE OF**
      -against-                                         **MOTION**

WINDRAM ENTERPRISES, INC.,

                 Defendant.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Motion to Dismiss Amended Counterclaims, plaintiff will make a motion before this Court for an Order pursuant to Rule 9 (b) of the federal Rules of Civil Procedure dismissing the first, second and third amended counterclaims for failure to plead fraud with particularity, together with such further and different relief as the Court may deem just and proper.

Dated: New York, New York
           November 14, 2007

                                        Paykin Mahon Rooney & Krieg, LLP


                           By: _____s/_____
                               Joseph N. Paykin, Esq.- JP (3410)
                               Attorneys for Plaintiff
                               185 Madison Avenue
                               New York, New York 10016
                               (212) 725-4423

To:   Mackiewicz & Associates
       Attorneys for Defendant
       625 Washington Street
       Hoboken, New Jersey 07030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IRWIN FRANCHISE CAPITAL CORPORATION,

                                                  07 Civ. 3785 (WCC)

                 Plaintiff,

                                                  **AFFIRMATION**
       -against-                                **OF SERVICE**

WINDRAM ENTERPRISES, INC.,

                 Defendant.
------------------------------------------------------------------x

       James Klatsky, an attorney admitted to practice law before this Court, affirms the truth of the following under the penalties of perjury: I am over the age of eighteen, am not a party to this action, and reside in Merrick, New York. On November 14, 2007 I served the Notice of Motion dated November 14, 2007 and Memorandum of Law of Law in Support of Motion to Dismiss Amended Counterclaims by ECF filing, together with a copy by first-class mail:

       Mackiewicz & Associates
       Attorneys for Defendant
       625 Washington Street
       Hoboken, New Jersey 07030


Dated: New York, New York
       November 14, 2007



                                                      _____s/_____
                                                         James Klatsky