UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRWIN FRANCHISE CAPITAL CORPORATION,

                    Plaintiff,

        v.

WINDRAM ENTERPRISES, INC.,

                    Defendant.
------------------------------------------------------------X

: NOTICE OF CROSS MOTION

: Civil Action No.: 07 CIV 3785
: (Hon. William C. Conner)

**PLEASE TAKE NOTICE** that, Defendant will make a cross motion before this Court for an Order pursuant to 15 (a) of the Federal Rules of Civil Procedure granting Defendant leave to file an Amended Counterclaim, together with such further and different relief as the Court may deem just and proper.

Dated: December 10, 2007
       Hoboken, New Jersey

                                  MACKIEWICZ & ASSOCIATES, L.L.C.

                                  By: _____
                                      Richard W. Mackiewicz, Jr., Esq. (RM 0863)
                                      625 Washington Streeet
                                      Hoboken, New Jersey 07030
                                      (201)217-1500
                                      Attorneys for Defendant
                                      Windram Enterprises, Inc.

To:    Joseph N. Paykin, Esq.
        Paykin & Krieg LLP
        185 Madison Avenue, 10th Floor
        New York, New York 10016