ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
IRWIN FRANCHISE CORPORATION,                :        07 Civ. 3785 (WCC)

                                                                                                    **ECF CASE**

                    Plaintiff,      :

        - against -                              :

                                                                                      **ORDER**

WINDRAM ENTERPRISES, INC.,                  :

                    Defendant,      :

and counterclaims.                          :
- - - - - - - - - - - - - - - - - - - - X

**CONNER, Sr. D.J.:**

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. All pending motions are to be terminated as moot.

SO ORDERED.

Dated:  White Plains, New York
       January 30, 2008

                                                _____
                                                  WILLIAM C. CONNER, Senior U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

                                              Copies E-Mailed to Counsel for Δ
                                              and Mailed to Π Counsel 1/30/08